GEORGE G. MILES, JR., as Ancillary Administrator with the Will Annexed of the Estate of GEORGE G. MILES, Deceased, Respondent, *v.* EDMUND K. STALLO et al., Appellants.

*Miles* v. *Stallo,* 168 App. Div. 905, affirmed.
(Argued December 6, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a promissory note alleged to have been executed by defendant Stallo in his own name and also as attorney in fact for Alexander McDonald, since deceased. The defenses were failure of consideration and lack of power on the part of Stallo to sign the note for McDonald.

*Nash Rockwood* for appellants.

*Edwin M. Otterbourg; Charles A. Houston* and *Edward B. Levy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.